TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Travonn Lee

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Travonn Lee,<br><br>   Plaintiff,<br><br> vs.<br><br>National Credit Systems, Inc.,<br><br>   Defendant. | Case No.: 5:23-cv-00156-SSS-SHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

# NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Travonn Lee ("Plaintiff"), through counsel undersigned, hereby voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: /s/ *Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Travonn Lee